IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. 20-CR-4091 |
| --- | --- | --- |
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 2 |
| JANINE KEIM, | ) | 18 U.S.C. § 657: Credit Union |
| | ) | Theft, Embezzlement, or |
| Defendant. | ) | Misapplication |
| | ) | |
| | ) | Count 2 |
| | ) | 18 U.S.C. § 1006: False |
| | ) | Statements |

The Grand Jury charges:

## Count 1
### Embezzlement by Credit Union Employee

From at least on or about May 2012, and continuing through March 2018, in the Northern District of Iowa, defendant, JANINE KEIM, being an officer, agent, or employee of Consumers Credit Union (CCU), a state chartered community-based credit union in Denison, Iowa, federally insured by the National Credit Union Administration (NCUA), with the intent to injure or defraud CCU, willfully embezzled, abstracted, purloined, or misapplied approximately $1,486,647 of moneys or funds belonging to CCU, in that defendant JANINE KEIM and others, did and did aid and abet others, to unlawfully: (1) take for unauthorized use monies or funds of the CCU which came into their custody or possession lawfully by virtue of her office or employment; (2) take or withdraw monies or funds of the credit union with the intent to injure or defraud and without the credit union's consent;

1

and (3) misuse monies or funds of the credit union with the intent to injure or defraud the credit union.

This was in violation of Title 18, United States Code, Sections 657 and 2.

## Count 2
## False Statements

From at least on or about May 2012, and continuing through December 2017, in the Northern District of Iowa, defendant, JANINE KEIM, being an officer, agent, or employee of Consumers Credit Union (CCU), a state chartered community-based credit union in Denison, Iowa, federally insured by the National Credit Union Administration (NCUA), with the intent to defraud or deceive an officer, auditor or examiner of the NCUA, knowingly provided a false entry concerning a material fact in a written report or statement that defendant knew to be false to the auditors and examiners of the NCUA, and its agents or representatives, in that defendant KEIM completed and filed Call Reports representing that certain monies or funds were held by CCU (as set forth, in part, below), when in truth and in fact, as defendant KEIM well knew, said Call Reports were incorrect, and CCU did not hold said monies or funds. This was done to conceal monies or funds taken by defendant KEIM and at least one other employee from NCUA auditors and examiners.

| Date (on or about) | Description |
|---|---|
| 01/24/2017 | Consumers Credit Union's Call Report dated December, 31, 2016, indicating Consumers Credit Union had $876,524 of cash on hand and $2,176,529 of cash on deposit at other financial institutions. |
| 10/25/2017 | Consumers Credit Union's Call Report dated September 30, 2017, indicating Consumers Credit Union had $949,303 of cash on hand and $1,880,154 of cash on deposit in other financial institutions. |

2

This was in violation of Title 18, United States Code, Section 1006.

A TRUE BILL

/s/
Foreperson

12-8-20
Date

PETER E. DEEGAN, JR.
United States Attorney

By: [signature]

RON TIMMONS
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed DEC 0 8 2020
ROBERT L. PHELPS, CLERK