# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-4091-LTS |
| Plaintiff, | |
| vs. | ORDER RESETTING SENTENCING HEARING |
| JANINE KEIM, | |
| Defendant. | |

Defendant's unresisted motion (Doc. 40) for continuance of sentencing is **granted**. The sentencing previously set for February 3, 2022, at 1:00 p.m. is now **reset** for **March 4, 2022, at 1:30 p.m.** in the Sioux City Courthouse, Third Floor Courtroom.

The Court has set aside three hours for this sentencing. Please notify the Court ahead of time of any witnesses that will need to participate by video.

**IT IS SO ORDERED.**

**DATED** this 2nd day of February, 2022.

_____
Leonard T. Strand, Chief Judge